# EXHIBIT A

| | |
|---|---|
| **From:** | Fout, Christina (BOI) |
| **Sent:** | Thursday, March 2, 2023 8:18 PM |
| **To:** | aron@pfholdingsllc.com; aron@apexequitygrp.com |
| **Cc:** | Hardin, John (DAL) |
| **Subject:** | Urgent - Court orders relating to Wilmington Trust, N.A., v. Aron Puretz |
| **Attachments:** | 2023-01-11 (005) ORDER_ The Joint Report shall be filed on or before February 10, 2023. (Ordered by Judge Mark Pittman on 1_11_2023) (mmw).PDF; 2023-02-28 (010) Notice - ELECTRONIC ORDER granting in part and denying in part [9] Motion for Extension of Time to File Joint Report. Joint Report due by 5_00 p.m. on 3_16_2023.PDF |

Mr. Puretz,

Judge Pittman has ordered the parties to attend an in-person Scheduling Conference to discuss this matter, proposed deadlines, and other scheduling matters.  After the Scheduling Conference occurs, we must submit a Joint Report to the Court.  Originally, the deadline for submitting the Joint Report was February 10, 2023, but we were able to obtain an extension until **March 16, 2023** at 5p.m.  The Judge has stated that no further extensions will be granted.  The meeting will be held in Fort Worth, Texas.

Please contact us as soon as possible so that we may arrange a date and time for the Scheduling Conference.

Regards,
Christina

**Christina Fout | Perkins Coie LLP**
ASSOCIATE
1111 West Jefferson Street Suite 500
Boise, ID 83702-5391
D. +1.208.387.7584
F. +1.208.363.8584
E. CFout@perkinscoie.com

**Read our Commitment to Racial Equality: www.perkinscoie.com/racialequality**

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.